# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERMY F. PACPACO, | Case No.:   2:15-CV-00494-RCJ-GWF |
| Plaintiff, | 2:15-CV-00566-RCJ-CWH |
| v. | **ORDER SETTING HEARING** |
| EXPERIAN INFORMATION SOLUTIONS, INC., *et al.,* | |
| Defendants. | |

_____

**ORDER IN CHAMBERS**

On December 15, 2015 the parties filed a Notice of Settlement Between Plaintiffs and Bank of America, N.A. (ECF #26).    The parties indicated that the dismissal documents would be submitted to the Court for approval on or before January 16, 2016.  The dismissal pleadings have not been filed within the time allotted.   Accordingly,

IT IS HEREBY ORDERED that a STATUS CONFERENCE is set for 10:00 A.M.  Friday, February 12, 2016, in Las Vegas Courtroom 4B, before Judge Robert C. Jones.

IT IS SO ORDERED this 2nd day of February, 2016.

_____
ROBERT C. JONES
District Judge